## No. 932.

### MEYER, WEIS & CO. vs. JOHN T. COLE.

In an order for an attachment, the amount of the bond is not required to be fixed by the judge. The law fixes it.

APPEAL from the District Court for Ouachita. PARSONS, J.

*Richardson & McEnery* for Plaintiffs Appellants.    *Cobb & Gunby* for Defendant.

MANNING, C. J., delivered the opinion reversing the judgment.